ACCEPTED
03-14-00605-CR
4140977
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 11:12:19 AM
JEFFREY D. KYLE
CLERK

CAUSE No. 03-14-00605-CR

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 11:12:19 AM
JEFFREY D. KYLE
Clerk

HOWARD THOMAS DOUGLAS,
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

On appeal from Cause No. D-1-DC-12-900059,
in the 331st Judicial District Court,
Travis County, Texas

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Appellant, Howard Thomas Douglas, and files this his First Motion for Extension of Time to File Appellant's Brief, and in support thereof respectfully shows this Court the following:

I.

### APPELLANT SEEKS EXTENSION OF TIME TO FILE BRIEF

1.      Appellant is appealing his conviction in the 331st Judicial District Court of Travis County, Texas, for the felony offense of securing execution of a document by deception.

2.      **Appellant's Brief is due to be filed on February 13, 2015.**

2.      Appellant seeks this first extension of time to file his brief because Appellant's counsel has had the following recent deadlines:

- *Bowens v. Collins*; Cause No. DC-12-08188; 192nd District Court, Dallas County; civil jury trial set for **February 2, 2015**; counsel prepared for trial during the week

DEFENDANT'S MOTION TO EXTEND TIME TO FILE BRIEF                                              PAGE 1

before and presented trial to the bench during Tuesday until matter was recessed.

- *State v. Marvin Taylor*; Cause No. F-2012-0490-C; 211th District Court, Denton County; counsel has been in jury trial since **February 9, 2015** – three counts of aggravated sexual assault; this matter will last at least through February 13, 2015.

These cases, and the preparation for them, have greatly limited the time that Appellant's counsel has had to prepare for this matter. The *Taylor* criminal trial, especially, has occupied all of counsel's time since February 8, and much of counsel's time the preceding week, as well.

3.      Given the nature of the issues expected to be asserted on appeal in this matter, Appellant's counsel respectfully submits that justice would be better served by allowing Appellant's counsel additional time in which to prepare Appellant's Brief. For example, Appellant anticipates asserting as one of his arguments on appeal that the evidence was not legally sufficient to support the jury's verdict of guilty. Therefore, Appellant's counsel will necessarily need to review all of the testimony and the exhibits and present a thorough analysis of such evidence to this Court. Given that this trial lasted one week and resulted in five volumes of testimony and six volumes of exhibits, such an endeavor will take a significant amount of time to review and to organize on behalf of Appellant.

4.      **Appellant respectfully moves this Court for an extension of thirty-one (31) days in which to file Appellant's Brief.** *See* Tex. R. App. P. 10,5(b), 38.6(d) (the 30th day would be Sunday, March 15, 2015).

5.      **State Does No Oppose Extension**. Appellant's counsel conferred via telephone with Ms. Angie Creasy, counsel for the State of Texas, on January 20, 2015, regarding the merits of this Motion, and Ms. Creasy stated that **the State does not oppose Appellant's motion** to extend time to file Appellant's Brief.

## II.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court to grant Appellant an extension of thirty-one (31) days in which to file Appellant's Brief, making the Brief due on or before March 15, 2015. Appellant further seeks such other relief to which he may be entitled, at law or in equity.

Respectfully submitted,

/S/ Craig M. Price
Craig M. Price
State Bar No. 16284170
Hammerle Finley & Scroggins Law Firm
2871 Lake Vista Dr., Suite 150
Lewisville, Texas 75067
Tel: (972) 436-9300
Fax: (972) 436-9000
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on February 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, PO Box 1748, Austin, Texas 78767, by facsimile 512-854-9789.

/S/ Craig M. Price
Craig M. Price

## CERTIFICATE OF CONFERENCE

I certify that Appellant's current counsel conferred over the telephone with Ms. Angie Creasy, counsel for the State of Texas, on January 20, 2015, regarding the merits of this Motion, and Ms. Creasy stated that she does not oppose Appellant's Motion to Extend Time to File Appellant's Reply Brief.

_/S/ Craig M. Price
Craig M. Price